Hampton Nichols, et al., Appellants, v. W. L. Frank, et al., Appellees.

(Supreme Court of Florida, *En Banc*, June Term, 1909.)

E. R. Gunby, and W. H. Jackson, for Appellants.

F. M. Simonton, and Wall & McKay, for Appellees.

Circuit Court of Hillsborough County; J. B. Wall, Judge.

Decree in favor of appellees. Appeal dismissed, as to appellee L. Athanasaw, on motion of counsel for appellee.